```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FOLASADE OLAPEJU OWOPETU,

                          Plaintiff,                     24-CV-1528 (PAE)(SN)

        -against-                                           **ORDER**

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                          Defendant.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On March 19, 2024, the parties appeared for an Initial Pretrial Conference. As discussed during the conference, the Defendant shall provide the Plaintiff with the underlying administrative record by April 22, 2024.

      The Plaintiff is directed to sign the Consent to Electronic Service form attached to this Order to receive electronic services of notices and documents in this case. The Plaintiff is also directed to complete the Motion for Permission for Electronic Case Filing attached to this Order to receive permission to e-file documents in this case.

      The parties shall file a joint status letter by June 22, 2024.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      March 19, 2024
               New York, New York