UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2024
```

FOLASADE OLAPEJU OWOPETU,

                             Plaintiff,

         -against-

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                             Defendant.

-----------------------------------------------------------------X

24-CV-1528 (PAE)(SN)

**ORDER REQUESTING PRO BONO COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

      The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of assisting with settlement negotiations. Plaintiff is reminded that she does not have a constitutional right to *pro bono* counsel and there are limited lawyers available to volunteer to represent *pro se* litigants. Accordingly, unless and until a *pro bono* lawyer agrees to represent Plaintiff, she must proceed on her own behalf.

SO ORDERED.

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:    March 19, 2024
                New York, New York