```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FOLASADE OLAPEJU OWOPETU,

                          Plaintiff,                    24-CV-1528 (PAE)(SN)

     -against-                                           **ORDER**

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties were ordered to file a joint letter updating the Court on the status of settlement by September 6, 2024. ECF No. 20. To date, no filing has been made. Accordingly, the parties are directed to file a joint letter advising the Court of the status of settlement by September 13, 2024. If the parties do not reach an agreement by that date, the parties shall include a proposed deadline for the close of discovery in their letter. If the parties fail to submit a joint letter by September 13, 2024, the Court will set a date for the close of discovery.

**SO ORDERED.**

                                                             */s/ Sarah Netburn*
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     September 9, 2024
                 New York, New York